UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VALERIE STEELE, On Behalf of Her Infant
Son, J.S., :
 :
                  Plaintiff, :
   -against- : Case No. 19-cv-05659-AJN
 :
SUCCESS ACADEMY CHARTER SCHOOLS, :
INC.; SUCCESS ACADEMY CHARTER :
SCHOOL HELL'S KITCHEN; SUCCESS :
ACADEMY BOARD OF TRUSTEES SAMUEL :
A. COLE, BRYAN BINDER, SCOTT :
FRIEDMAN, GREGORY SAWERS, EDWIN :
CESPEDES, DERRELL BRADFORD, BRIAN :
LEVINE, SULEMAN LUNAT, JARETT :
POSNER, LORENZO SMITH III, and :
ANDREW D. STONE; CHIEF EXECUTIVE :
OFFICER EVA MOSKOWITZ; MICHAEL :
LAFRANCIS; JOHN DOE ##1-4, :
 :
                  Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF WITHDRAWAL OF ROBERT L. DUNN**

The undersigned counsel for Defendants Success Academy Success Academy Charter Schools, Inc.; Success Academy Hell's Kitchen; Success Academy Board of Trustees Samuel A. Cole, Bryan Binder, Scott Friedman, Gregory Sawers, Edwin Cespedes, Derrell Bradford, Brian Levine, Suleman Lunat, Jarett Posner, Lorenzo Smith III, and Andrew D. Stone; Chief Executive Officer Eva Moskowitz; and Michael Lafrancis (collectively, "Defendants") hereby requests that the Court withdraw my appearance as counsel. As of April 15, 2020 I will no longer be employed with Success Academy. No substitution counsel is necessary as Defendants have been and continue to be represented by other attorneys of record.

Dated: April 15, 2020
      New York, New York

                                         Respectfully submitted,

                                         /s/ Robert L. Dunn
                                         Robert L. Dunn
                                         Success Academy Charter Schools
                                         95 Pine Street, Floor 6
                                         New York, New York  10005
                                         robert.dunn@successacademies.org

                                         *Counsel for Defendants*