```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Valerie Steele, *et al.*,

                Plaintiffs,

     -v-

Success Academy Charter Schools, *et al.*,,

               Defendants.
------------------------------------------------------------------------X

19-cv-5659 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

    Due to the pending motion to dismiss in this matter, the post-discovery status conference, currently scheduled for April 24, 2020, is hereby adjourned *sine die*. The parties are ordered to submit a joint letter when discovery is complete.

    SO ORDERED.

Dated: April 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge