UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  10/14/2020
```

Steele,

                          Plaintiff,

          —v—

Success Academy Charter Schools, Inc., *et al.*,

                          Defendants.

19-cv-05659 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        On April 15, 2020, the Court adjourned sine die the post-discovery status conference set

for April 24, 2020 and ordered the parties to submit a joint letter when discovery is complete.

Dkt. 65.  The Court has not received any correspondence from the parties since that time.  The

parties are ordered to submit a joint letter on or by October 28, 2020 updating the Court on the

status of discovery.

        SO ORDERED.

Dated: October 11, 2020
          New York, New York

_____
                ALISON J. NATHAN
              United States District Judge