UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALERIE STEELE,

                Plaintiff,

- against -

SUCCESS ACADEMY CHARTER SCHOOLS, INC., et al.,

                Defendant.
------------------------------------------------------------X

19-CV-5659 (AJN) (RWL)

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 11/3/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This matter has been referred to me for settlement purposes. On November 2, 2020, Judge Nathan issued a decision dismissing individual defendants. Now would be an appropriate juncture to explore potential settlement. Accordingly, by **November 10, 2020**, the parties shall advise the undersigned whether they believe a settlement conference would be helpful at this time.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: November 3, 2020
       New York, New York

Copies transmitted this date to all counsel of record.