```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VALERIE STEELE,                                  :
                                                 :
                              Plaintiff,         :
                                                 :
              - against -                        :
                                                 :
SUCCESS ACADEMY CHARTER SCHOOLS, :
INC., et al.,                                    :
                                                 :
                              Defendant.         :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020

19-CV-5659 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter has been referred to me for general pretrial purposes in addition to settlement. Accordingly, in the parties' letter due by **November 10, 2020**, they shall include a proposed schedule for the remainder of discovery and any issues meriting attention.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 5, 2020
       New York, New York

Copies transmitted this date to all counsel of record.