UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/20
```

Steele,

              Plaintiff,

–v–

Success Academy Charter Schools, Inc. *et al.*,

              Defendants.

19-cv-5659 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Defendants' October 22, 2019 Motion to Dismiss is administratively denied as a result of Defendants' November 26, 2019 Motion to Dismiss the First Amended Complaint, which was resolved in the Court's November 1, 2020 opinion and order. This resolves Dkt. No. 45.

SO ORDERED.

Dated: November 25, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge