UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021

Valerie Steele, *on behalf of her infant son, J.S.*,

Plaintiff,

–v–

Success Academy Charter Schools Inc., *et al.*,

Defendants.

19-cv-05659 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court has received the parties' joint motion to file a proposed confidential negotiated settlement agreement under seal. Dkt. Nos. 78 and 79. As reflected in the Undersigned's Individual Practices In Civil Cases 5.A., the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court to so order the agreement and to retain jurisdiction to enforce it, the parties must place the terms of their settlement agreement on the public record.

      SO ORDERED.

Dated: April 3, 2021
       New York, New York

                                               ALISON J. NATHAN
                                          United States District Judge