```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
VALERIE STEELE, On Behalf of Her Infant Son,   :
J.S.,                                           :
                                                :
              Plaintiff,                        :   Case No. 19-cv-05659-AJN-RWL
    -against-                                   :
                                                :
SUCCESS ACADEMY CHARTER SCHOOLS,                :
INC. and SUCCESS ACADEMY CHARTER                :
SCHOOL HELL'S KITCHEN,                          :
                                                :
              Defendants.                       :
-------------------------------------- x

## JOINT MOTION TO FILE UNDER SEAL

Plaintiffs and Defendants jointly and respectfully move this Court for entry of an Order granting Defendants the right to file under seal a revised proposed confidential negotiated settlement agreement and general release.

On February 26, 2021, the parties filed a proposed settlement agreement, which provided that the terms of the agreement were confidential and that the agreement should be filed under seal, subject to the Court's approval. Subsequently, by Order dated April 6, 2021, the Court noted that it would not retain jurisdiction to enforce confidential settlement agreements. Accordingly, the parties have enclosed a revised agreed upon proposed confidential settlement agreement and general release as Exhibit A to this motion, and a proposed infant compromise order and accompanying affidavits reflecting the terms of that agreement as Exhibit B to this motion, for the Court's review.

The parties thank the Court for its consideration of this request.

SO ORDERED.

*/s/ Alison J. Nathan*

4/12/21

Respectfully submitted,

Dated: April 7, 2021
       New York, New York

By: */s/ Leo Glickman*_____          By: */s/ Aaron M. Safane*_____

Leo Glickman                            Aaron M. Safane
Stoll, Glickman & Belina, LLP           Halimah I. Famuyide
5030 Broadway, Ste. 652                 Success Academy Charter Schools, Inc.
New York, NY 10034                      95 Pine Street, Floor 6
Tel: 718-852-3750                       New York, NY 10005
lglickman@stollglickman.com             Tel: 347-302-5974
                                        aaron.safane@successacademies.org
*Attorneys for Plaintiff*               halimah.famuyide@successacademies.org

                                        *Attorneys for Defendants*

2