```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steele,

           Plaintiff,

    –v–

Success Academy Charter Schools, Inc. et al.,

           Defendants.

19-cv-5659 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The amended order referring the Proposed Infant Compromise Order (Dkt. No. 82) to the magistrate judge is hereby withdrawn.

SO ORDERED.

Dated: January 14, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1