UNITED STATES DISTRICT COURTE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

VALERIE STEELE, On Behalf of Her Infant Son, J.S.,

                                 Plaintiff,

-against-

SUCCESS ACADEMY CHARTER SCHOOLS, INC.; and
SUCCESS ACADEMY CHARTER SCHOOL HELL'S
KITCHEN, INC.,

                                 Defendants.

------------------------------------------------------------------------ x

**INFANT COMPROMISE ORDER**

19-CV-5659 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/22

      VALERIE STEELE, having moved for an Order authorizing and empowering him to compromise this action on behalf of her son, JACOB STEELE (J.S. in the caption),

      Upon the reading and filing of the annexed affidavit of VALERIE STEELE, the mother and natural guardian of the infant, JACOB STEELE, sworn to on January 30, 2021, and the affirmation of LEO GLICKMAN, ESQ., sworn to on February 4, 2021, and

      It appearing that the infant JACOB STEELE was born on May 2, 2008, and it further appearing that the best interests of the infant will be served by the settlement and compromise, and due deliberation having been had herein, and upon all past papers and proceedings herein;

      NOW, on motion of LEO GLICKMAN, attorney for the Plaintiff, it is

      ORDERED, that VALERIE STEELE, the mother and natural guardian of the infant JACOB STEELE, is hereby permitted to enter into a compromise and settlement of the infant's claims for relief for the sum of $115,000, to be paid by and/or on behalf of defendants; and it is further

      ORDERED, that out of said sum, attorney for Plaintiff, STOLL, GLICKMAN & BELLINA, LLP, is to receive the sum of $435.83 for unreimbursed expenditures, and $37,950 in attorneys' fees in connection with settlement of VALERIE STEELE'S claims on behalf of her infant son JACOB STEELE; and it is further

ORDERED, that the balance of $76,614.17 be paid to VALERIE STEELE, the mother and natural guardian of JACOB STEELE. The sums shall be deposited in an interest bearing account in the name of VALERIE STEELE, as mother and natural guardian of JACOB STEELE to the credit of said infant, at Wells Fargo Bank, 180 Madison Ave., New York, NY 10016 ("depository") and to be held for the sole use and benefit of the infant in an account paying the highest rate of interest available, until the infant reaches the age of eighteen years; and it is further

ORDERED, that said depository is authorized and directed to maintain at least one hundred per cent (100%) of said fund in a form of deposit in said depository yielding the highest dividend, providing that said fund shall be in such a form that it will be all available to said infant when she attains the age of eighteen years; and it is further

ORDERED that no withdrawals from the account shall be made except upon the prior Order of this court which Order shall bear the raised seal of the Court; and it is further

ORDERED, that when the infant has attained the age of eighteen years, upon demand therefore, together with presentation of the proper proof of said age, the Bank is directed to pay over to said infant all monies then on deposit in said account, together with any interest accrued thereon; and it is further

ORDERED, that upon full compliance with all of the terms of this Order, the father and natural guardian is authorized, empowered and permitted to execute and deliver a General Release and any other papers necessary to effectuate the settlement herein; and it is further

ORDERED, that the filing of a bond herein be dispensed with.

*/s/ Alison J. Nathan*

_____
Alison Nathan
United States District Judge

January 18, 2022