UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022
```

Steele,

            Plaintiff,

–v–

Success Academy Charter Schools, Inc. et al.,

            Defendants.

19-cv-5659 (AJN)
ORDER

ALISON J. NATHAN, Circuit Judge, Sitting by Designation:

    The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 20, 2022
       New York, New York

                              ALISON J. NATHAN
                            United States Circuit Judge
                              Sitting by Designation